UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID THOMPSON BOYD,<br>Petitioner<br>v.<br>DEAN BORDERS, Warden,<br>Respondent. | Case No. CV 17-8599-SJO (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: April 17, 2018

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE